# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARBA,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.   1:10-cv-1063-MJS (PC)<br><br>ORDER DENYING MOTION FOR INJUNCTION<br><br>(ECF No. 13) |

Plaintiff Ryan Barba ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Injunction, filed on July 30, 2010, asking for the Court to compel Tehachapi State Prison to complete his inprocessing and assign him to a "main line" institution. (ECF No. 13.)

The Court notes that Plaintiff filed a change of address form on August 25, 2010 indicating that he had been transferred to the California State Prison in Chino. (ECF No. 16.) When an inmate seeks injunctive relief concerning his prison placement, his claims for such relief become moot when he is transferred. Nelson v. Heiss, 271 F.3d 891, 897 (9th Cir. 2001); Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991). Because it appears Plaintiff has received the relief sought in the instant motion, his request for Court intervention is moot.

///

///

1 | Accordingly, Plaintiff's Motion for Injunction is DENIED as moot.
2
3 | IT IS SO ORDERED.
4 | Dated:   September 6, 2010                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE