1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF CALIFORNIA
8
9   RYAN A. BARBA,                      CASE NO.    1:10-cv-1063-MJS (PC)

            Plaintiff,              ORDER GRANTING MOTION REQUESTING
10                                   EXTENSION   FOR   SUBMISSION   OF
                                     CERTIFIED TRUST ACCOUNT STATEMENT
11      v.

12  FERNANDO GONZALES, et al.,          (ECF No. 17)

            Defendants.
13
14  _____/

15          Plaintiff Ryan Barba ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 15, 2010, the

17  Court granted Plaintiff's Motion to Proceed in forma pauperis and ordered Plaintiff to

18  submit a certified copy of his prison trust account for the prior six months within sixty days.

19  (ECF No. 4.)  Before the Court is Plaintiff's Motion Requesting Extension for Submission

20  of Certified Trust Account.  (ECF No. 17.)  Plaintiff alleges that he has recently been

21  transferred to a new facility and has been unable to get a certified copy of his trust account

22  in a timely manner.

23          For good cause shown, Plaintiff's Motion Requesting Extension is GRANTED.

24  Plaintiff shall file a certified copy of his prisoner trust account, in accordance with the

25  provisions of the Court's prior order, not later than **November 1, 2010**.  If additional time

26  ///

27  ///

28  ///

1   is necessary, Plaintiff is free to request another extension.

2

3

4   IT IS SO ORDERED.

5   Dated: ___September 6, 2010___       /s/ *Michael J. Seng*

6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28