# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARBA, | CASE NO.   1:10-cv-1063-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO ADVISE AS MOOT |
| v. | |
| FERNANDO GONZALES, et al., | (ECF No. 26) |
| Defendants. | |

Plaintiff Ryan Barba ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Advise Court of Continual Non-Compliance reflecting Plaintiff's belief that prison officials refuse to release a copy of his trust account to the Court.

Tthe Court received a copy of Plaintiff's trust account statement on January 3, 2011.  Thus, Plaintiff's obligation to provide this information has been fulfilled.

Accordingly, Plaintiff's Motion to Advise is DENIED as moot.

IT IS SO ORDERED.

Dated:   February 14, 2011         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE