UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARBA,<br><br>    Plaintiff,<br><br> v.<br><br>FERNANDO GONZALES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-1063-MJS (PC)<br><br>ORDER DENYING MOTION TO REQUEST INITIAL RULING<br><br>(ECF No. 30) |

  Plaintiff Ryan Barba ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Request Initial Ruling asking the Court to screen his complaint.

  The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named Defendants.

  The Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's complaint in due course.

1   Accordingly, Plaintiff's Motion to Request Initial Ruling is DENIED.

4   IT IS SO ORDERED.

5   Dated:   April 18, 2011         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE